# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

## MINUTES

BECKY WILBERT,
*as Personal Representative of the Estate of Riley Doggett,*

v.

JOSIAH McMAINS et al.

**CASE NO.** 1:25-cv-90
**DATE:** July 1, 2025
**TIME:** 4:02 – 4:32 p.m.
**PLACE:** Grand Rapids
**JUDGE:** Hon. Robert J. Jonker

## APPEARANCES

**PLAINTIFF:**
Ayanna D. Hatchett

**DEFENDANTS:**
Kyle Konwinski

## PROCEEDINGS

**NATURE OF HEARING:**
Rule 16 Scheduling Conference held. Order to enter.

COURT REPORTER:  Paul Brandell          /s/   S. Carpenter
                                              Case Manager